Charles THOMAS, Petitioner—
Appellant,

v.

Patricia R. STANSBERRY, Warden,
Respondent—Appellee.

No. 09–6255.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 10, 2009.

Decided: Sept. 14, 2009.

Charles Thomas, Appellant Pro Se.

Before KING, DUNCAN, and AGEE,
Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Charles Thomas appeals the district
court's order dismissing without prejudice
his 28 U.S.C. § 2241 (2006) petition. The
district court dismissed the petition pursu-
ant to Fed.R.Civ.P. 41(b) when Thomas
failed to correct deficiencies in his com-
plaint after being ordered to do so by the
district court. Because Thomas may move
to reopen his case and file an amended
petition to cure the defects identified by
the district court, we find that the dismiss-
al order is interlocutory and not appeal-
able. *See Chao v. Rivendell Woods, Inc.,*
415 F.3d 342, 345 (4th Cir.2005); *Domino
Sugar Corp. v. Sugar Workers Local Un-
ion 392,* 10 F.3d 1064, 1066–67 (4th Cir.
1993). Accordingly, we dismiss the appeal
for lack of jurisdiction. We dispense with
oral argument because the facts and legal
contentions are adequately presented in
the materials before the court and argu-
ment would not aid the decisional process.

*DISMISSED.*